Jesús Collazo, demandante y apelado, *v.* Hon. R. Sancho Bonet, Tesorero de Puerto Rico, demandado y apelante.

Núm. 7710.—*Sometido:* Mayo 29, 1939.   *Resuelto:* Junio 16, 1939.

Hon. Procurador General B. Fernández García y Pablo Defendini, *Subprocurador,* abogados del apelante; *E. Martínez Rivera,* abogado del apelado.

El Juez Presidente Señor Del Toro emitió la opinión del tribunal.

Este caso guarda estrecha relación con los de *F. J.* y *J. E. Serrallés* v. *Sancho Bonet, Tesorero,* que acabamos de resolver (ante, pág. 142).   Y debe seguir igual suerte.

Según los autos, en julio 28, 1938, se revocó la sentencia apelada por haber actuado sin jurisdicción la corte que la dictó (53 D.P.R. 969).   Las resoluciones en los dichos casos de *F. J.* y *J. E. Serrallés* v. *Sancho Bonet, Tesorero,* dictadas el mismo día y la decisión en el caso de *The Shell Co. (P. R.), Ltd.* v. *Pagán, Tes.,* 51 D.P.R. 208, se citaron en apoyo de la sentencia.

No se pidió reconsideración y el mandato fué remitido a la corte de distrito en agosto 13, 1938.

Transcurrieron más de dos meses y en octubre 24, 1938, se presentó una moción pidiendo que se dejara sin efecto la

sentencia de julio 28 anterior. La moción fué declarada sin lugar en noviembre 9 siguiente.

En enero 27, 1939, volvió a comparecer la parte perdidosa y pidiendo que se ordenara la devolución del mandato, solicitó de nuevo que se dejara sin efecto la repetida sentencia de julio 28, 1938. Invocó el caso de *A. Cuesta & Cía., Sucrs.* v. *Sancho Bonet, Tes.* (54 D.P.R. 87) y sus razonamientos anteriores en el mismo sentido que los que llevaron a esta Corte en el dicho caso a confirmar la sentencia apelada, no obstante haber sido dictada por una corte de distrito y reconocerse que, por razón de la cuantía, correspondía conocer del pleito a la corte municipal competente.

No es, posible reclamar el mandato y sin readquirir a virtud de ello nuestra jurisdicción sobre el asunto no cabe la actuación que se pide.

*La moción de enero 27, 1939, debe ser declarada sin lugar.*